UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NORA M. O'MALLEY<br>    Debtor | \| <br> \| <br> \| <br> \| | BANKRUPTCY CASE<br>NO.: 21-11971<br>CHAPTER 13 |
| Y.A.H., Inc. Profit Sharing Plan<br>    Movant | \| <br> \| | |
| v. | \| <br> \| | |
| Nora M. O'Malley<br>    Respondent | \| <br> \| <br> \| | |

## ORDER GRANTING MOTION TO DISMISS CASE

AND NOW, this ____ day of _____, 2021, upon consideration of the Motion of Y.A.H., Inc. Profit Sharing Plan ("Movant") for Case Dismissal or for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that the bankruptcy case is dismissed for bad faith filing.

FURTHER ORDERED that ordering that if any future bankruptcy cases are filed by Debtor or any other owner of the property located at 1085 Forest Lane, Glen Mills, PA 19342 within 365 days from the date of this Order, in any jurisdiction, such bankruptcy filing shall not trigger the automatic stay under 11 U.S.C. §362(a) as to said property.

.

_____
Ashley M. Chan, U.S.B.J.