# EXHIBIT "A"

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Bankruptcy Petition #: 18-16044-amc**

Assigned to: Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

Date filed: 09/12/2018
Date terminated: 05/14/2019
Debtor dismissed: 04/02/2019

*Debtor disposition:* Dismissed for failure to make plan payments

**Debtor**
Noreen M O'Malley
1085 Forest Lane
Glen Mills, PA 19342
DELAWARE-PA
SSN / ITIN: xxx-xx-5007
aka Nora O'Malley

represented by **PATRICIA M. MAYER**
Patricia M. Mayer, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300
Fax : 215-493-4304
Email: patriciamayerpc@gmail.com

**SCOTT F. WATERMAN**
Standing Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606
610-779-1313
Fax : 610-779-3637
Email: SWaterman@ReadingCh13.com
*TERMINATED: 01/07/2019*

**Trustee**
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

represented by **JACK K. MILLER**
Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106
215-627-1377
Email: philaecf@gmail.com

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 09/12/2018 | 1 (8 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Noreen M O'Malley. Government Proof of Claim Deadline: 03/11/2019. Atty Disclosure Statement due 09/26/2018. Chapter 13 Plan due by 09/26/2018. Schedules AB-J due 09/26/2018. Statement of Financial Affairs due 09/26/2018. Summary of Assets and Liabilities Form B106 due 09/26/2018. Statistical Summary of Certain Liabilities Form B206 due 09/26/2018. Incomplete Filings due by 09/26/2018. (WATERMAN, SCOTT) (Entered: 09/12/2018) |
| 09/12/2018 | 2 | Matrix Filed. Number of pages filed: 1, Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 09/12/2018) |
| 09/12/2018 | 3 | Statement of Social Security Number Received. Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 09/12/2018) |
| 09/12/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-16044) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 20604680. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/12/2018) |
| 09/12/2018 | 4 (1 pg) | Certificate of Credit Counseling Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 09/12/2018) |
| 09/13/2018 | | WILLIAM C. MILLER, Esq. added to case. (W., Christine) (Entered: 09/13/2018) |
| 09/13/2018 | 5 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Atty Disclosure Statement due 09/26/2018. Chapter 13 Plan due by 09/26/2018. Schedules AB-J due 09/26/2018. Statement of Financial Affairs due 09/26/2018. Summary of Assets and Liabilities Form B106 due 09/26/2018. Means Test Calculation Form 122C-2 Due: 9/26/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due9/26/2018. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (W., Christine) (Entered: 09/13/2018) |
| 09/15/2018 | 6 (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 5)). No. of Notices: 1. Notice Date 09/15/2018. (Admin.) (Entered: 09/16/2018) |
| 09/24/2018 | 7 (3 pgs; 2 docs) | Motion to Extend time to File Schedules A-J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities and Statement of Current Monthly Income and Chapter 13 Plan Filed by Noreen M O'Malley Represented by SCOTT F. WATERMAN (Counsel). (Attachments: # 1 Proposed Order) (WATERMAN, SCOTT) (Entered: 09/24/2018) |
| 09/24/2018 | 8 (1 pg) | Disclosure of Compensation of Attorney for Debtor in the amount of 3900.00 Debtor Noreen M O'Malley Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 09/24/2018) |
| 09/27/2018 | 9 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 7) Documents Due by 10/10/2018. Chapter 13 Plan due by 10/10/2018. Schedules AB-J due 10/10/2018. Statement of Financial Affairs due 10/10/2018. Summary of Assets and Liabilities Form B106 due 10/10/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/10/2018 Means Test Calculation Form 122C-2 Due: 10/10/2018. (W., Christine) (Entered: 09/27/2018) |
| 09/29/2018 | 10 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 9)). No. of Notices: 1. Notice Date 09/29/2018. (Admin.) (Entered: 09/30/2018) |
| 10/10/2018 | 11 (20 pgs) | Schedules A/B - J Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/10/2018) |
| 10/10/2018 | 12 (14 pgs) | Summary of Assets and Liabilities and Certain Statistical Information , Declaration re: , Statement of Financial Affairs for Individual , Notice to Individual Debtor Primarily Consumer Debts Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/10/2018) |
| 10/10/2018 | 13 (3 pgs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/10/2018) |
| 10/10/2018 | 14 (1 pg) | Employee Income Records *Certification of Non Existence of Payment Advices* Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/10/2018) |
| 10/10/2018 | 15 (10 pgs) | Chapter 13 Plan Filed by Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/10/2018) |
| 10/11/2018 | 16 (7 pgs) | Statement of Financial Affairs for Individual *AMENDED* Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/11/2018) |
| 10/11/2018 | 17 (2 pgs) | Amended Schedule D - Creditors Who Hold Claims Secured by Property Fee Amount $31 Filed by SCOTT F. WATERMAN on behalf of Noreen M O'Malley. (WATERMAN, SCOTT) (Entered: 10/11/2018) |
| 10/11/2018 | | Receipt of Schedule D(18-16044-amc) [misc,schd] ( 31.00) Filing Fee. Receipt number 20722449. Fee Amount $ 31.00. (re: Doc# 17) (U.S. Treasury) (Entered: 10/11/2018) |
| 10/16/2018 | 18 (1 pg) | Notice of Appearance and Request for Notice by STEPHEN VINCENT BOTTIGLIERI Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau. (BOTTIGLIERI, STEPHEN) (Entered: 10/16/2018) |
| 10/18/2018 | 19 (2 pgs) | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $200.00 per month for 60 months. Filed by WILLIAM C. MILLER, Esq.. 341(a) meeting to be held on 11/26/2018 at 1:00 PM at 1234 Market Street. Objection to Dischargeability of Certain Debts due: 1/25/2019. Proofs of Claims due by 11/21/2018. Government Proof of Claim Deadline: 03/11/2019.Confirmation Hearing scheduled 12/18/2018 at 10:00 AM at nix5 - Courtroom #5. (MILLER, WILLIAM) (Entered: 10/18/2018) |
| 10/21/2018 | 20 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 19)). No. of Notices: 2. Notice Date 10/21/2018. (Admin.) (Entered: 10/22/2018) |
| 10/26/2018 | 21 (27 pgs; 8 docs) | Objection to Confirmation of Plan Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau (related document(s)15). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Proposed Order # 7 Service List) (BOTTIGLIERI, STEPHEN) (Entered: 10/26/2018) |
| 10/31/2018 | 22 (9 pgs; 4 docs) | Motion for Relief from Stay *re: leased 2017 Ford Escape*. Fee Amount $181.00, Filed by CAB East, LLC/Ford Motor Credit Company, LLC Represented by HOWARD GERSHMAN (Counsel). Objections due by 11/17/2018. (Attachments: # 1 Service List # 2 Proposed Order # 3 Exhibit contract,mileage,title) (GERSHMAN, HOWARD) (Entered: 10/31/2018) |
| 10/31/2018 | 23 (1 pg) | Notice of (related document(s): 22 Motion for Relief from Stay *re: leased 2017 Ford Escape*. Fee Amount $181.00,) Filed by CAB East, LLC/Ford Motor Credit Company, LLC. Hearing scheduled 11/27/2018 at 11:00 AM at nix4 - Courtroom #4. (GERSHMAN, HOWARD) (Entered: 10/31/2018) |
| 10/31/2018 | | Receipt of Motion for Relief From Stay(18-16044-amc) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 20805138. Fee Amount $ 181.00. (re: Doc# 22) (U.S. Treasury) (Entered: 10/31/2018) |
| 11/06/2018 | 24 (7 pgs; 4 docs) | Response to Motion for Relief from Stay filed by Creditor CAB East, LLC/Ford Motor Credit Company, LLC Filed by Noreen M O'Malley (related document(s)22). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Service List) (WATERMAN, SCOTT) (Entered: 11/06/2018) |
| 11/06/2018 | 25 (2 pgs; 2 docs) | Praecipe to Re-list *Confirmation Hearing to January 15, 2019 at 10:00 a.m.* Filed by JACK K. MILLER on behalf of WILLIAM C. MILLER, Esq. (related document(s)15). (Attachments: # 1 Service List) (MILLER, JACK) (Entered: 11/06/2018) |

| Date | Doc # | Description |
|---|---|---|
| 11/07/2018 | 26 (1 pg) | Chapter 13 confirmation hearing re-listed. Confirmation Hearing scheduled 11/13/2018 at 10:00 AM at nix3 - Courtroom #3. (W., Christine) (Entered: 11/07/2018) |
| 11/09/2018 | 27 (2 pgs) | BNC Certificate of Mailing - 13 Confirmation Hearing. Number of Notices Mailed: (related document(s) (Related Doc # 26)). No. of Notices: 4. Notice Date 11/09/2018. (Admin.) (Entered: 11/10/2018) |
| 11/20/2018 | 28 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 1/14/2019 at 10:30 AM at 1234 Market Street. (MILLER, Esq., WILLIAM) (Entered: 11/20/2018) |
| 11/27/2018 | 29 (3 pgs; 2 docs) | Stipulation of Settlement By CAB East, LLC/Ford Motor Credit Company, LLC and Between CAB East, LLC/Ford Motor Credit Company, LLC re: leased 2017 Ford Escape Filed by HOWARD GERSHMAN on behalf of CAB East, LLC/Ford Motor Credit Company, LLC (related document(s)22). (Attachments: # 1 Proposed Order) (GERSHMAN, HOWARD) (Entered: 11/27/2018) |
| 11/27/2018 | 30 | Hearing Held on 22 Motion for Relief from Stay re: leased 2017 Ford Escape. Filed by CAB East, LLC/Ford Motor Credit Company, LLC Represented by HOWARD GERSHMAN (Counsel). (related document(s)..22). Motion Settled. Stipulation to be filed (W., Christine) (Entered: 11/27/2018) |
| 11/29/2018 | 31 (1 pg) | Order Approving Stipulation of Settlement By CAB East, LLC/Ford Motor Credit Company, LLC and Between CAB East, LLC/Ford Motor Credit Company, LLC re: leased 2017 Ford Escape (related document(s)29). (W., Christine) (Entered: 11/29/2018) |
| 12/01/2018 | 32 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 31)). No. of Notices: 1. Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |
| 12/03/2018 | 33 (5 pgs; 3 docs) | Objection to Confirmation of Plan Chapter 13 Plan Filed by PA Dept of Revenue (related document(s)15). (Attachments: # 1 Proposed Order # 2 Exhibit)(MILLAR, ALBERT) (Entered: 12/03/2018) |
| 12/03/2018 | 34 (2 pgs) | Certificate of Service Objection to Confirmation of Plan Chapter 13 Plan Filed by ALBERT JAMES MILLAR on behalf of PA Dept of Revenue (related document(s)33). (MILLAR, ALBERT) (Entered: 12/03/2018) |
| 12/18/2018 | 35 (2 pgs; 2 docs) | Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller (Counsel). (Attachments: # 1 Proposed Order) (Miller, William) (Entered: 12/18/2018) |
| 12/18/2018 | 36 (2 pgs) | Notice of (related document(s): 35 Motion to Dismiss Case for Failure to Make Plan Payments ) Filed by WILLIAM C. MILLER, Esq.. Hearing scheduled 1/15/2019 at 10:00 AM at nix4 - Courtroom #4. (Miller, William) (Entered: 12/18/2018) |
| 12/18/2018 | 37 (1 pg) | Certificate of Service Filed by William C. Miller on behalf of WILLIAM C. MILLER, Esq. (related document(s)36, 35). (Miller, William) (Entered: 12/18/2018) |
| 01/07/2019 | 38 | Withdrawal of Appearance filed by Scott F. Waterman and Entry of Appearance of Patricia M. Mayer on behalf of Debtor. Refer to Misc. Case No. 19-3001. (H., Lisa) (Entered: 01/09/2019) |
| 01/15/2019 | 39 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 2/13/2019 at 12:30 PM at 1234 Market Street. (MILLER, Esq., WILLIAM) (Entered: 01/15/2019) |
| 01/15/2019 | 40 | Chapter 13 Confirmation Hearing Continued on 15 Confirmation Hearing scheduled 4/2/2019 at 10:00 AM at nix4 - Courtroom #4. (D., Virginia) (Entered: 01/15/2019) |
| 01/15/2019 | 41 | Hearing Continued on 35 Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Hearing scheduled 4/2/2019 at 10:00 AM at nix4 - Courtroom #4. (D., Virginia) (Entered: 01/15/2019) |
| 01/21/2019 | 42 (1 pg) | Document in re: Notice of Rescheduled 341 Creditors Meeting Filed by PATRICIA M. MAYER on behalf of Noreen M O'Malley (related document(s) 39 ). (MAYER, PATRICIA) (Entered: 01/21/2019) |
| 02/14/2019 | 43 | First Meeting of Creditors Not Held on 2/13/2019, motion to dismiss to be filed. (MILLER, Esq., WILLIAM) (Entered: 02/14/2019) |
| 03/08/2019 | 44 (3 pgs; 2 docs) | Withdrawal of Appearance of Stephen V. Bottiglieri and entry of appearance of Leonard B. Altieri, III Filed by LEONARD B. ALTIERI III on behalf of Delaware County Tax Claim Bureau. (Attachments: # 1 Service List) (ALTIERI, LEONARD) (Entered: 03/08/2019) |
| 04/02/2019 | 45 (1 pg) | Order Granting Motion to Dismiss Case for Failure to Make Plan Payments. **Debtor** Dismissed. (Related Doc # 35) (W., Christine) (Entered: 04/02/2019) |
| 04/02/2019 | 46 | 13 Confirmation Hearing Held and concluded. Confirmation of plan DENIED. (related document(s)..15). (W., Christine) (Entered: 04/02/2019) |
| 04/02/2019 | 47 | Hearing Held on 35 Motion to Dismiss Case for Failure to Make Plan Payments. Motion to dismiss granted. Order entered dismissing case (W., Christine) (Entered: 04/04/2019) |
| 04/04/2019 | 48 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 45)). No. of Notices: 6. Notice Date 04/04/2019. (Admin.) (Entered: 04/05/2019) |
| 05/13/2019 | 49 (4 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by WILLIAM C. MILLER, Esq.. (Miller, William) (Entered: 05/13/2019) |
| 05/14/2019 | | Bankruptcy Case Terminated for Statistical Purposes. (W., Christine) (Entered: 05/14/2019) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/26/2021 12:33:00 | | |
| PACER Login: | PeterEM1 | Client Code: 0102074dj |
| Description: | Docket Report | Search Criteria: 18-16044-amc Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: 0.50 |