# EXHIBIT "B"

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Bankruptcy Petition #: 21-11026-amc**

*Assigned to:* Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:* 04/15/2021
*Date terminated:* 06/16/2021
*Debtor dismissed:* 06/01/2021

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Nora M. O'Malley**
1085 Forest Lane
Glen Mills, PA 19342
DELAWARE-PA
SSN / ITIN: xxx-xx-5007
*aka* Noreen O'Malley
*aka* Nora Mary O'Malley

represented by **ROBERT H. HOLBER**
Attorney Robert H Holber PC
41 East Front Street
Media, PA 19063
(610) 565-5463
Fax : 610-565-5474
Email: rholber@holber.com

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(215)597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 04/15/2021 | 1 (8 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $313 Filed by Nora M. O'Malley. Government Proof of Claim Deadline: 10/12/2021. Atty Disclosure Statement due 04/29/2021. Chapter 13 Plan due by 04/29/2021.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)Due 04/29/2021 Schedules AB-J due 04/29/2021. Statement of Financial Affairs due 04/29/2021. Summary of Assets and Liabilities Form B106 due 04/29/2021. Statistical Summary of Certain Liabilities Form B206 due 04/29/2021. Incomplete Filings due by 04/29/2021. (HOLBER, ROBERT) (Entered: 04/15/2021) |
| 04/15/2021 | | Receipt of Voluntary Petition (Chapter 13)( 21-11026) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A23246675. Fee Amount $ 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/15/2021) |
| 04/15/2021 | 2 | Statement of Social Security Number Received. Filed by ROBERT H. HOLBER on behalf of Nora M. O'Malley. (HOLBER, ROBERT) (Entered: 04/15/2021) |
| 04/15/2021 | 3 | Matrix List of Creditors Filed. Number of pages filed: 1, Filed by ROBERT H. HOLBER on behalf of Nora M. O'Malley. (HOLBER, ROBERT) (Entered: 04/15/2021) |
| 04/15/2021 | 4 (1 pg) | Certificate of Credit Counseling Filed by ROBERT H. HOLBER on behalf of Nora M. O'Malley. (HOLBER, ROBERT) (Entered: 04/15/2021) |
| 04/16/2021 | | WILLIAM C. MILLER, Esq. added to case. (D., Tasha) (Entered: 04/16/2021) |
| 04/16/2021 | 5 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Means Test Calculation Form 122C-2 - *If Applicable* - Due: 4/29/2021. Atty Disclosure Statement due 04/29/2021. Chapter 13 Plan due by 04/29/2021.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)Due 04/29/2021 Schedules AB-J due 04/29/2021. Statement of Financial Affairs due 04/29/2021. Summary of Assets and Liabilities Form B106 due 04/29/2021. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (D., Tasha) (Entered: 04/16/2021) |
| 04/18/2021 | 6 (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 5)). No. of Notices: 1. Notice Date 04/18/2021. (Admin.) (Entered: 04/19/2021) |
| 04/28/2021 | 7 (4 pgs; 3 docs) | Motion to Extend time to File Schedules, Statements, Disclosures Filed by Nora M. O'Malley Represented by ROBERT H. HOLBER (Counsel). (Attachments: # 1 Proposed Order # 2 Certification of Service) (HOLBER, ROBERT) (Entered: 04/28/2021) |
| 04/28/2021 | 8 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 7) Incomplete Filings due by 5/12/2021. Atty Disclosure Statement due 5/12/2021. Chapter 13 Plan due by 5/12/2021. Schedules AB-J due 5/12/2021. Statement of Financial Affairs due 5/12/2021. Summary of Assets and Liabilities Form B106 due 5/12/2021. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 5/12/2021. Means Test Calculation Form 122C-2 - *If Applicable* - Due: 5/12/2021. (S., Antoinette) (Entered: 04/28/2021) |
| 04/30/2021 | 9 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 8)). No. of Notices: 1. Notice Date 04/30/2021. (Admin.) (Entered: 05/01/2021) |
| 05/11/2021 | 10 (4 pgs; 3 docs) | Motion to Extend time to File Schedules, Statements, Disclosures, Filed by Nora M. O'Malley Represented by ROBERT H. HOLBER (Counsel). (Attachments: # 1 Proposed Order # 2 Certification of Service) (HOLBER, ROBERT) (Entered: 05/11/2021) |
| 05/12/2021 | 11 (1 pg) | Order Granting Debtor's Second Motion to Extend Time (Related Doc # 10) Incomplete Filings due by 5/26/2021. Atty Disclosure Statement due 5/26/2021. Chapter 13 Plan due by 5/26/2021. Schedules AB-J due 5/26/2021. Statement of Financial Affairs due 5/26/2021. Summary of Assets and Liabilities Form B106 due 5/26/2021. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 5/26/2021. Means Test Calculation Form 122C-2 - *If Applicable* - Due: 5/26/2021. (S., Antoinette) (Entered: 05/12/2021) |
| 05/14/2021 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 11)). No. of Notices: 1. Notice Date 05/14/2021. (Admin.) (Entered: 05/15/2021) |
| 06/01/2021 | 13 (1 pg) | Order Dismissing **Nora M. O'Malley**. (D., Tasha) (Entered: 06/01/2021) |
| 06/03/2021 | 14 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13)). No. of Notices: 5. Notice Date 06/03/2021. (Admin.) (Entered: 06/04/2021) |
| 06/15/2021 | 15 (4 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by WILLIAM C. MILLER, Esq.. (MILLER, Esq., WILLIAM) (Entered: 06/15/2021) |
| 06/16/2021 | | Bankruptcy Case Terminated for Statistical Purposes. (S., Antoinette) (Entered: 06/16/2021) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/26/2021 12:34:33 | | |
| PACER Login: | PeterEM1 | Client Code: | 0102074dj |
| Description: | Docket Report | Search Criteria: | 21-11026-amc Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |