UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 29, 2021

To: Peter Meltzer, Esq.

> In re: **Nora M. O'Malley**
> Bankruptcy No. **21-11971mdc**
> Adversary No.
> Chapter 13

Re **#9 Motion for Relief from Stay**

The above document(s) were filed in this office on 7/26/2021. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|  |  |
|---|---|
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $32.00 Filing Fee for Amendments |
| ( ) | $26.00 Claims Transfer Fee |
| (XX) | Motion Filing Fee $188.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Y. Woods**
   Deputy Clerk

*Fee Notice*
*(12/23/20)*