1085 Forest Ln, Glen Mills, PA 19342
$700,000



| | |
|---|---|
| MLS #: | PADE2005678 |
| Status: | Coming Soon |
| Property Type: | Residential |
| Tax ID: | 19-00-00093-01 |
| School District: | Rose Tree Media |
| Subdivision: | NONE AVAILABLE |
| Central Air: | Yes |
| Heating Type: | Forced Air |
| Beds: | 4 |
| Baths: | 3/1 |
| Above Grade Finished SQFT: | 3,322 |
| Acres/Lot SF: | 2.21 / 96267.6 |
| Lot Dimensions: | 0.00 x 0.00 |
| Archit. Style: | Colonial |
| Year Built: | 1997 |
| Attached Garage - # of Spaces | 2 |
| Num Driveway Spaces | 4 |

All information courtesy of Noreen O'Malley

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2021. Created: 08/24/2021 10:44 AM
